1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorney for
6       the United States of America

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   1:11-CR-00103-AWI
                                 )
12 |        Plaintiff,            )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13 |    v.                        )
                                 )
14 | ROBERT EDWARD BARR,          )
                                 )
15 |        Defendant.            )
   | _____)
16
        Based upon the entry of a guilty plea as to Count One of the
17
   Indictment by defendant Robert Edward Barr, it is hereby
18
        ORDERED, ADJUDGED AND DECREED as follows:
19
        1.  Pursuant to 18 U.S.C. § 2253, defendant Robert Edward
20
   Barr's interest in the following property shall be condemned and
21
   forfeited to the United States of America, to be disposed of
22
   according to law:
23
             a)  HP Presario Laptop Computer seized from defendant
24               By law enforcement on or about February 1, 2011;
                 and,
25
             b)  Compact discs, hard drives, or other storage
26               devices containing visual depictions of minors
                 engaged in sexually explicit conduct and seized
27               from defendant by law enforcement on or about
                 February 1, 2011.
28

2. The above-listed property constitutes property which contains visual depictions mailed, shipped or transported in violation of 18 U.S.C. § 2252(a) or was used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. § 2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, in its secure custody and control.

4. a. Pursuant 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of

Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated: _____June 19, 2012_____  _____
                                   CHIEF UNITED STATES DISTRICT JUDGE