Roger K. Vehrs (SBN 073018)
Attorney at Law
Post Office Box 1952
Fresno, CA 93718
Telephone No.: (559) 442-4211
Facsimile No.: (559) 442-4127

Attorney for Defendant, Robert Edward Barr

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>                    Plaintiff,           )<br>                                                              )<br>          vs.                                        )<br>                                                              )<br>ROBERT EDWARD BARR,            )<br>                                                              )<br>                    Defendant.       ) | Docket No. 1:11-cr-0103 AWI<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY LEAVE THE JURISDICTION |

### ORDER

Upon reading the request by counsel for Defendant Barr,

**IT IS HEREBY ORDERED** that the Defendant is allowed to temporarily leave the jurisdiction in order to travel to Monterey, California from July 30, 2012 until August 1, 2012 .

IT IS SO ORDERED.

Dated:  July 27, 2012                    _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE