1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6       United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   1:11-CR-00103-AWI
                                    )
12           Plaintiff,             )   FINAL ORDER OF FORFEITURE
                                    )
13      v.                          )
                                    )
14 ROBERT EDWARD BARR,              )
                                    )
15           Defendant.             )
                                    )
16 _____ )

17     WHEREAS, on June 20, 2012, this Court entered a Preliminary

18 Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253,

19 based upon the entry of a guilty plea as to Count One of the

20 Indictment by defendant Robert Edward Barr forfeiting to the United

21 States the following property:

22          a)   HP Presario Laptop Computer seized from
                 defendant By law enforcement on or about
23               February 1, 2011; and,

24          b)   Compact discs, hard drives, or other storage
                 devices containing visual depictions of
25               minors engaged in sexually explicit conduct
                 and seized from defendant by law enforcement
26               on or about February 1, 2011.

27     AND WHEREAS, beginning on June 27, 2012, for at least 30

28 consecutive days, the United States published notice of the Court's

Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Robert Edward Barr.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: October 19, 2012

CHIEF UNITED STATES DISTRICT JUDGE